OPINION — AG — ** YOUTH BUREAU RECORDS — ACCESS — PRIVILEGED — CRIME COMMISSION ** THE CASE FILES AND RECORDS OF THE CLEVELAND COUNTY YOUTH BUREAU, INC., CONTAINING PERSONALLY IDENTIFIABLE INFORMATION CONCERNING STUDENTS COUNSELED UNDER AN OKLAHOMA CRIME COMMISSION PROJECT FALLS WITHIN THE PROHIBITIONS OF 20 U.S.C.A. 1232(G)(B)(1) AND POSSIBLY WITHIN THE PROSCRIPTION OF 70 O.S. 1971, 6-115 [70-6-115] (PRIVACY AND SECURITY) CITE: 74 O.S. 1976 Supp., 8.1 [74-8.1], 51 O.S. 1971 24 [51-24] (R. THOMAS LAY, MICHAEL CAUTHRON) ** SEE: OPINION NO. 79-011 (1979) ** ** SEE: OPINION NO. 78-209 (1978) **